UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| DANA TURLEY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:21-cv-00110-TWP-DML |
| | ) |
| CUMMINS INC. | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Dana Turley, and Defendant, Cummins Inc., hereby stipulate to the dismissal of all claims in this cause of action and this action in its entirety, with prejudice, the parties to bear their own costs, including attorneys' fees.

Respectfully submitted,

/s/Paul Logan *(with permission)*                       /s/Carita Austin
John H. Haskin                                                     Brian R. Garrison
Paul A. Logan                                                      Carita Austin
**JOHN H. HASKIN & ASSOCIATES**                **FAEGRE DRINKER BIDDLE & REATH LLP**
255 North Alabama Street, 2nd Floor              300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204                             Indianapolis, Indiana 46204

*Attorneys for Plaintiff, Dana Turley*                *Attorneys for Defendant, Cummins Inc.*