UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| DANA TURLEY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:21-cv-00110-TWP-DML |
| | ) |
| CUMMINS INC. | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

The Court, having considered the Stipulation of Dismissal With Prejudice submitted by all parties to this cause, finds that the Stipulation should be approved.

IT IS THEREFORE ORDERED that this action is dismissed <u>with prejudice</u>, the parties to bear their own costs, including attorneys' fees.

Date: 10/12/2021

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

John H. Haskin
Paul A. Logan
**JOHN H. HASKIN & ASSOCIATES**
255 North Alabama Street, 2nd Floor
Indianapolis, Indiana 46204

Brian R. Garrison
Carita Austin
**FAEGRE DRINKER BIDDLE & REATH LLP**
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204